UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE J. HALL, et al., <br><br>                      Plaintiffs,<br>     v.<br><br>NASSAU COUNTY, et al.,<br><br>                      Defendants. | Case No. 2:19-cv-00893-LDH-CLP |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Andrew M. McNeela, an attorney in good standing who is admitted to practice before this Court, hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above-captioned action.

Please take further notice that all subsequent papers relating to this action should be served on him.

Dated: May 29, 2019
       New York, NY

Respectfully submitted,

*/s/ Andrew M. McNeela*
Andrew M. McNeela
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Facsimile: (212) 699-1194
E-mail: amcneela@kmllp.com

*Counsel for Plaintiffs and the Proposed Class*