# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 1820
SAN DIEGO, CA 92101
619-239-4599

111 WEST JACKSON
SUITE 1700
CHICAGO, IL 60604
312-984-0000

REGINA M. CALCATERRA
DIRECT DIAL: 212-545-4660
FACSIMILE: 212-686-0114
Calcaterra@whafh.com

August 15, 2019

**BY ECF**

The Honorable Cheryl L. Pollak
Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 13B South
Brooklyn, New York 11201

> RE: Hall, et al. v. Nassau County, et al.
> Civil Action No. 19-cv-00893 (LDH/CLP)

Dear Judge Pollak:

We represent defendants Nassau County, the Department of Assessment of Nassau County and the Assessment Review Commission of Nassau County (the "County Defendants") in the above noted action. We write jointly with counsel to plaintiffs to request an adjournment of the Initial Conference currently scheduled for August 19, 2019.

Yesterday afternoon Judge Hall *sua sponte* adjourned the pre-motion conference in advance of the County Defendants' forthcoming motion to dismiss the Complaint that was originally scheduled for today until September 12, 2019. Pursuant to Judge Hall's rules, we expect the Court will set a briefing schedule for the County Defendants' motion at the September 12 conference.

Because the County Defendants' motion to dismiss will in large part address threshold issues of jurisdiction and standing, the parties believe it is desirable to stay discovery pending the Court's determination of that motion. Accordingly, the parties jointly request that the Initial Conference be adjourned for 90 days to November 18, 2019. This is the parties' fourth request to adjourn the Initial Conference. The parties are prepared to file a status report every 30 days commencing on September 18, 2019.

Respectfully submitted,

Regina M. Calcaterra

cc: all parties via ECF

805720