UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAYNE J. HALL, REINA HERNANDEZ, and
FLORIDALMA PORTILLA, individually and on
behalf of others similarly situated,

                         Plaintiffs,              JUDGMENT
   v.                                             19-CV-893 (LDH) (CLP)

NASSAU COUNTY, DEPARTMENT OF
ASSESSMENT OF NASSAU COUNTY,
ASSESSMENT REVIEW COMMISSION OF
NASSAU COUNTY, and JOHN DOES 1–25,

                         Defendants.
------------------------------------------------------------X

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 31, 2023, granting Defendants' motion to dismiss; and dismissing Plaintiffs' complaint in its entirety; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that Plaintiffs' complaint is dismissed in its entirety.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
        March 31, 2023                                        Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk