**MANDATE**

<div align="center">

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**
_____

</div>

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand twenty-three,

_____

Wayne J. Hall, Reina Hernandez, Floridalma Portillo, **ORDER**
individually and on behalf of all others similarly situated, Docket No. 23-685

       Plaintiffs - Appellants,

v.

County of Nassau, Department of Assessment of Nassau County, Department of Assessment of Nassau County,

       Defendants - Appellees,

Does 1-25,

       Defendant.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

<div style="margin-left: 50%;">

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

</div>

A True Copy
Catherine O'Hagan Wolfe - Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/22/2023**